# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CXT SYSTEMS, INC., | § § § | Case No. 2:19-cv-00271-JRG-RSP |
| Plaintiff, | § § | **JURY TRIAL DEMANDED** |
| v. | § § | **(LEAD CASE)** |
| GENERAL NUTRITION CORPORATION, | § § § | |
| Defendant. | § § | |
| CXT SYSTEMS, INC., | § § § | Case No. 2:19-cv-00270-JRG-RSP |
| Plaintiff, | § § | **JURY TRIAL DEMANDED** |
| v. | § § | **(CONSOLIDATED CASE)** |
| NEIMAN MARCUS GROUP LTD. LLC, | § § § | |
| Defendant. | § § | |

## NOTICE AND MOTION TO DISMISS WITHOUT PREJUDCICE

Plaintiff CXT Systems, Inc. ("CXT") hereby notifies the Court that, pursuant to the Order of May 8, 2020 (Dkt. 57), and to Federal Rule of Civil Procedure 41(a)(2), CXT elects to dismiss all claims asserted against Neiman Marcus Group Ltd. LLC. ("Neiman Marcus") without prejudice. Accordingly, CXT respectfully requests that all claims and causes of action asserted in this action against Neiman Marcus by CXT be dismissed without prejudice, and that all counterclaims asserted against CXT by Neiman Marcus be dismissed without prejudice.  CXT reserves its rights to pursue such claims in Bankruptcy Court, and to otherwise pursue any claims not discharged in bankruptcy (such as any claim for infringement subsequent to Neiman Marcus Group Ltd. LLC.'s petition for bankruptcy).

Dated:  June 8, 2020

Respectfully submitted,

  /s/ *Alfred R. Fabricant*
Alfred R. Fabricant
NY Bar No. 2219392
Email: afabricant@brownrudnick.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@brownrudnick.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@brownrudnick.com
Jacob Ostling
NY Bar No. 5684824
Email: jostling@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

Justin Kurt Truelove
Texas Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

**ATTORNEYS FOR PLAINTIFF
CXT SYSTEMS, INC.**

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on June 8, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

                                             */s/ Alfred R. Fabricant*
                                                Alfred R. Fabricant