# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CXT SYSTEMS, INC., | § | Case No. 2:19-cv-00271-JRG-RSP |
| Plaintiff, | § | **JURY TRIAL DEMANDED** |
| | § | **(LEAD CASE)** |
| v. | § | |
| GENERAL NUTRITION CORPORATION, | § | |
| Defendant. | § | |
| CXT SYSTEMS, INC., | § | Case No. 2:19-cv-00270-JRG-RSP |
| Plaintiff, | § | **JURY TRIAL DEMANDED** |
| | § | **(CONSOLIDATED CASE)** |
| v. | § | |
| NEIMAN MARCUS GROUP LTD. LLC, | § | |
| Defendant. | § | |

## ORDER GRANTING DISMISSAL WITHOUT PREJUDICE

Before the Court is Plaintiff CXT Systems, Inc. ("CXT") Notice of Dismissal without Prejudice all of CXT's claims and causes of action in the above-captioned action pursuant to this Court's order of May 8, 2020 and Fed. R. Civ. P. 41(a)(2). Having considered the motion, the Court finds that it is well taken and it is hereby GRANTED, and it is hereby ORDERED that all claims and causes of action asserted in this action against Neiman Marcus by CXT are dismissed, without prejudice, and all counterclaims asserted against CXT by Neiman Marcus are dismissed, without prejudice.